BILAL A. ESSAYLI
Acting United States Attorney
DAVID M. HARRIS
Assistant United States Attorney
Chief, Civil Division
CEDINA M. KIM
Assistant United States Attorney
Senior Trial Attorney, Civil Division
JAMES KI, WSBN 42978
Special Assistant United States Attorney
    Program Litigation 1
    Social Security Administration | Law & Policy
    6401 Security Boulevard
    Baltimore, MD 21235
    Tel: (212) 264-2435
    E-mail: james.ki@ssa.gov

JS-6

Attorneys for Defendant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| WILLIAM HUGH ANDERSON,<br><br>    Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO,<br><br>Commissioner of Social Security,<br><br>    Defendant. | No. 5:25-CV-01052-MBK<br><br>[~~PROPOSED~~] JUDGMENT OF REMAND |

1  IT IS ORDERED AND ADJUDGED that this case is reversed and remanded
2  pursuant to sentence four of 42 U.S.C. § 405(g) to the Commissioner of Social
3  Security for further administrative proceedings pursuant to this Court's ORDER of
4  remand, issued on __September 12__, 2025.

6  DATED: __09/12/2025__                              _____
7                                                     HONORABLE MICHAEL B. KAUFMAN
8                                                     UNITED STATES MAGISTRATE JUDGE